IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE NO. 15-06453/ESL |
|---|---|
| SONIA HUGET RIVERA | CHAPTER 13 |
| DEBTOR | |

**MOTION REQUESTION AUTHORIZATION TO WITHDRAW AND RESIGN AS COUNSEL FOR DEBTOR**

TO THE HONORABLE COURT:

**COMES NOW, ROBERTO FIGUEROA-CARRASQUILLO**, attorney of record for debtor Sonia Huguet Rivera, the debtor in the above captioned case, and very respectfully states and prays as follows:

1. On August 24, 2015, the debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 U.S.C. Sections 1301 et seq., and the debtor's proposed Plan was confirmed on February 5, 2016, docket entry #31.

2. That upon agreement of the debtor and the undersigned attorney, they have agreed to request his (the undersigned attorney's) resignation as counsel for debtor, to allow the debtor to obtain new legal representation, in the above captioned case.

3. Therefore, the undersigned attorney respectfully requests the Court to Order the resignation of Roberto Figueroa Carrasquillo as counsel for debtor, in the above captioned case.

4. On the same date of this motion, a copy of the original case file has been returned to the debtor.

5. The postal address of the debtor is:

   CELADA WARD SECTOR PARCELAS NUEVAS
   490 32 STREET
   GURABO, PR 00778

6. As to the status of the present case, the debtor's proposed Plan was confirmed, docket entry #31, and there are no pending matters in the above captioned case.

**WHEREFORE**, Roberto Figueroa-Carrasquillo respectfully requests this Honorable Court grant the resignation of the attorney as attorney for the debtor in the present case.

**I CERTIFY** that the present motion has been filed using the CM/ECF system which will send notification of same to: the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq., Monsita Lecaroz Arribas, Esq. Assitant US Trustee; and that I have sent via regular US mail a copy of this motion to the debtor to her address of record.

**RESPECTFULLY SUBMITTED.** In the San Juan, Puerto Rico, this 27th day of March, 2017.

> /s/Roberto Figueroa Carrasquillo
> USDC #203614
> RFIGUEROA CARRASQUILLO LAW OFFICE PSC
> PO BOX 186
> CAGUAS, PR 00726
> TEL NO. (787) 744-7699
> Email: rfigueroa@rfclawpr.com